1    LATHAM & WATKINS LLP
Michele D. Johnson (CA Bar No. 198298)
2    michele.johnson@lw.com
650 Town Center Drive, Floor 20
3    Costa Mesa, CA 92626
Tel: (714) 540-1235
4    Fax: (714) 755-8290

5    Attorneys for Defendants and Counterclaimants

6

7    *Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware corporation, and EDWARDS LIFESCIENCES LLC, a Delaware corporation<br><br>    Plaintiffs,<br>v.<br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, ABBOTT LABORATORIES, INC., a Delaware Corporation, and EVALVE, INC., a Delaware Corporation,<br><br>    Defendants.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, ABBOTT LABORATORIES, INC., a Delaware Corporation, and EVALVE, INC., a Delaware Corporation,<br><br>    Counterclaimants,<br>v.<br>EDWARDS LIFESCIENCES CORPORATION, a Delaware corporation, and EDWARDS LIFESCIENCES LLC, a Delaware corporation,<br><br>    Counterclaim-Defendants. | Case No. 8:19-cv-345-JLS-JDE<br><br>**JOINT REPORT RE: TERMS IN JOINT CLAIM CONSTRUCTION STATEMENT STILL REQUIRING CONSTRUCTION**<br><br>Hon. Josephine L. Staton<br>Magistrate Judge John D. Early |

Pursuant to the Court's order (Dkt. 112 at 3), Plaintiffs and Counterclaim-Defendants Edwards Lifesciences Corporation and Edwards Lifesciences LLC ("Edwards") and Defendants and Counterclaimants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, Inc., and Evalve, Inc. ("Abbott"), advise that Edwards's withdrawal of its infringement allegations with respect to all claims challenged in Abbott's *inter partes* reviews obviates the need to construe the term "suturing means" in the parties' Joint Claim Construction Statement (Dkt. 60). The disputed terms that still require construction are listed below. The parties have listed the terms in the order that they appear in the Joint Claim Construction Prehearing Statement, Exhibit B.

1. **"closed state"** ('669 patent: claims 6, 12, 13, 16; '313 patent: claims 1, 2, 4)
2. **"formed from"** ('669 patent: claim 12; '313 patent: claim 2)
3. **"biased towards" terms** ('669 patent: claims 6, 13; '313 patent: claim 2)
4. **"a first member configured to …"**; **"a second member configured to …"** ('669 patent: claim 6)
5. **"wherein each arm is unattached at said second end thereof"** ('313 patent: claim 1)
6. **"attachment feature"** ('313 patent: claim 10)
7. **"pivotally connected to each other at said first ends"** ('313 patent: claim 1)
8. **"puncturing the interatrial septum of the heart"** ('669 patent: claim 12)
9. **"percutaneous"** ('313 patent: claims 1, 10)
10. **"clip body" / "body of the clip"** ('313 patent: claims 10, 16)
11. **"distal end"** ('313 patent: claim 10)

Dated: May 4, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: _/s/ S. Giri Pathmanaban_

LATHAM & WATKINS LLP
Perry J. Viscounty (SBN 132143)
perry.viscounty@lw.com
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Fl
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
Michael A. Morin (*pro hac vice*)
michael.morin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

LATHAM & WATKINS LLP
Jeffrey G. Homrig (SBN 215890)
jeff.homrig@lw.com
Gabriel S. Gross (SBN 254672)
gabe.gross@lw.com
S. Giri Pathmanaban (SBN 284802)
giri.pathmanaban@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600

KIRKLAND & ELLIS LLP
Benjamin A. Lasky (*pro hac vice*)
benjamin.lasky@kirkland.com
601 Lexington Ave.
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

NOONAN LANCE BOYER & BANACH LLP

|   |   |
|---|---|
| 1 | David J. Noonan, Esq. (SBN 55966) |
|   | dnoonan@noonanlance.com |
| 2 | Olga Y. Bryan, Esq. (SBN 298969) |
|   | obryan@noonanlance.com |
| 3 | 701 Island Avenue, Suite 400 |
|   | San Diego, CA 92101 |
| 4 | Telephone: (619) 780-0880 |
|   | Facsimile: (619) 780-0877 |

*Attorneys for Defendant and Counterclaimant ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, INC., AND EVALVE, INC.*

Dated: May 4, 2020         By:   *Joshua J. Stowell*

John B. Sganga, Jr. (SBN 116,211)
john.sganga@knobbe.com
Craig S. Summers (SBN 108,688)
craig.summers@knobbe.com
Christy G. Lea (SBN 212,060)
christy.lea@knobbe.com
Joshua J. Stowell (SBN 246,916)
joshua.stowell@knobbe.com
Douglas B. Wentzel (SBN 313,452)
douglas.wentzel@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502
Hans L. Mayer (SBN 291,998)
hans.mayer@knobbe.com
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-551-3450

Attorneys for Plaintiffs
EDWARDS LIFESCIENCES CORPORATION and
EDWARDS LIFESCIENCES LLC

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I S. Giri Pathmanaban, attest that I have obtained concurrence and authorization from the other signatory.

Dated: May 4, 2020              By */s/ S. Giri Pathmanaban*
                                             S. Giri Pathmanaban