| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Michele D. Johnson (CA Bar No. 198298)<br>michele.johnson@lw.com |
| 3 | 650 Town Center Drive, Floor 20<br>Costa Mesa, CA 92626 |
| 4 | Tel: (714) 540-1235<br>Fax: (714) 755-8290 |
| 5 | Attorneys for Defendants and |
| 6 | Counterclaimants |
| 7 | *Additional counsel listed on signature page* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES CORPORATION, a Delaware corporation, and EDWARDS LIFESCIENCES LLC, a Delaware corporation<br><br>     Plaintiffs,<br><br>     v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, ABBOTT LABORATORIES, INC., a Delaware Corporation, and EVALVE, INC., a Delaware Corporation,<br><br>     Defendants. | Case No. 8:19-cv-345-JLS-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Josephine L. Staton<br>Magistrate Judge John D. Early |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., a California corporation, ABBOTT LABORATORIES, INC., a Delaware Corporation, and EVALVE, INC., a Delaware Corporation,<br><br>     Counterclaimants,<br><br>     v.<br><br>EDWARDS LIFESCIENCES CORPORATION, a Delaware corporation, and EDWARDS LIFESCIENCES LLC, a Delaware corporation,<br><br>     Counterclaim-Defendants. | |

Plaintiffs and Counterclaim-Defendants Edwards Lifesciences Corporation and Edwards Lifesciences LLC ("Edwards") and Defendants and Counterclaimants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, Inc., and Evalve, Inc. ("Abbott") (collectively, the "parties"), by their attorneys, hereby stipulate and agree that all claims and counterclaims asserted by the parties in this case shall be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs associated with the aforementioned claims and counterclaims.

Dated: July 16, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ S. Giri Pathmanaban

LATHAM & WATKINS LLP
Perry J. Viscounty (SBN 132143)
perry.viscounty@lw.com
Michele D. Johnson (SBN 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Fl
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
Michael A. Morin (*pro hac vice*)
michael.morin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

LATHAM & WATKINS LLP
Jeffrey G. Homrig (SBN 215890)
jeff.homrig@lw.com
Gabriel S. Gross (SBN 254672)
gabe.gross@lw.com
S. Giri Pathmanaban (SBN 284802)
giri.pathmanaban@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600

| | |
|---|---|
| 1 | |
| 2 | KIRKLAND & ELLIS LLP<br>Benjamin A. Lasky (*pro hac vice*)<br>benjamin.lasky@kirkland.com |
| 3 | 601 Lexington Ave.<br>New York, NY 10022 |
| 4 | Tel: (212) 446-4800<br>Fax: (212) 446-4900 |
| 5 | |
| 6 | NOONAN LANCE BOYER &<br>BANACH LLP |
| 7 | David J. Noonan, Esq. (SBN 55966)<br>dnoonan@noonanlance.com |
| 8 | Olga Y. Bryan, Esq. (SBN 298969)<br>obryan@noonanlance.com |
| 9 | 701 Island Avenue, Suite 400<br>San Diego, CA 92101 |
| 10 | Telephone: (619) 780-0880<br>Facsimile: (619) 780-0877 |
| 11 | |
| 12 | *Attorneys for Defendant and Counterclaimant ABBOTT* |
| 13 | *CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES,* |
| 14 | *INC., AND EVALVE, INC.* |
| 15 | |
| 16 | Dated: July 16, 2020     By: __/s/ Joshua J. Stowell__ |
| 17 | John B. Sganga, Jr. (SBN 116,211)<br>john.sganga@knobbe.com |
| 18 | Craig S. Summers (SBN 108,688)<br>craig.summers@knobbe.com |
| 19 | Christy G. Lea (SBN 212,060)<br>christy.lea@knobbe.com |
| 20 | Joshua J. Stowell (SBN 246,916)<br>joshua.stowell@knobbe.com |
| 21 | Douglas B. Wentzel (SBN 313,452)<br>douglas.wentzel@knobbe.com |
| 22 | KNOBBE, MARTENS, OLSON &<br>BEAR, LLP |
| 23 | 2040 Main Street, 14th Floor<br>Irvine, CA 92614 |
| 24 | Telephone: 949-760-0404<br>Facsimile: 949-760-9502 |
| 25 | Hans L. Mayer (SBN 291,998)<br>hans.mayer@knobbe.com |
| 26 | 1925 Century Park East, Suite 600<br>Los Angeles, CA 90067 |
| 27 | Telephone: 310-551-3450 |
| 28 | |

1
2
3
                                     Attorneys for Plaintiffs
                                     EDWARDS LIFESCIENCES
                                     CORPORATION and
                                     EDWARDS LIFESCIENCES LLC

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I S. Giri Pathmanaban, attest that I have obtained concurrence and authorization from the other signatory.

Dated: July 16, 2020          By */s/ S. Giri Pathmanaban*
                                         S. Giri Pathmanaban