UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 19-00345-JLS (JDEx) |
| Date | July 16, 2020 |
| Title | Edwards Lifesciences Corporation et al v. Abbott Cardiovascular Systems, Inc. |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [114], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk   mku